UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 ALEKSANDR GRICHISHKIN
D-2 ANDREI SKVORTSOV
D-3 ALEKSANDR SKORODUMOV
D-4 PAVEL STASSI,

    Defendants
_____/

Cr. No. 19-20478
Hon. Denise Page Hood



FILED
FEB 13 2020
CLERK'S OFFICE
DETROIT

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF
TO SEAL FIRST SUPERSEDING INDICTMENT AND ARREST
WARRANTS**

The United States of America hereby moves for an order sealing the First Superseding Indictment and Arrest Warrants in this case and states:

1. The indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the First Superseding Indictment and Arrest Warrants be sealed because it is concerned that the Defendants may attempt to flee, destroy evidence, or intimidate witnesses if the Superseding Indictment and Arrest Warrants becomes a matter of public record before the Defendants are arrested.

4. The government requests permission to disclose these materials to U.S., foreign, and intergovernmental authorities for the limited purposes of extradition and with U.S.-based criminal defense attorneys representing the Defendants while extradition is pending.

   WHEREFORE, the government requests this Court to issue an order

sealing the First Superseding Indictment and Arrest Warrants.

Respectfully submitted,

**Matthew Schneider**
United States Attorney

*/s/ Patrick Corbett*

Patrick Corbett  P41182
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
patrick.corbett@usdoj.gov
(313) 226-9703

Dated:  February 13, 2020

IT IS SO ORDERED.

Elizabeth A. Stafford
United States Magistrate Judge

Entered: 2-13-2020