UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Aleksandr Grichishkin
D-2 Andrei Skvortsov
D-3 Aleksandr Skorodumov
D-4 Pavel Stassi,

    Defendants.
_____/

Criminal No. 19-20478

Honorable Denise Page Hood



## GOVERNMENT'S MOTION, SUPPORTING BRIEF
## AND ORDER TO UNSEAL FIRST SUPERSEDING INDICTMENT AND
## THE ACCOMPANYING ARREST WARRANT

The United States of America hereby moves for an order unsealing the First Superseding Indictment and the accompanying Arrest Warrant in this case, and states:

1. The First Superseding Indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the First Superseding Indictment and the accompanying Arrest Warrant for D-1 Aleksandr Grichishkin be

unsealed because he has been arrested and is entitled to receive a copy of the First Superseding Indictment and the accompanying Arrest Warrant.

WHEREFORE, the government requests this Court to issue an order unsealing the First Superseding Indictment and the accompanying Arrest Warrant.

Respectfully submitted,

Matthew Schneider
United States Attorney


*s/Patrick Corbett*
Patrick Corbett  P41182
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
patrick.corbett@usdoj.gov
(313) 226-9703

Dated: March 4, 2020

**IT IS SO ORDERED.**

                                                    Elizabeth A. Stafford
                                                  United States Magistrate Judge

Entered:  3-4-2020