Your Honor:

I was the school superintendent in ▮▮▮▮▮▮▮▮ at the time the key logger was put on one of our computers which allowed the theft of millions of dollars. It was the day we were supposed to leave early to start Christmas vacation. I had a house full of company from out of town and arrived home about midnight that night, rather than 3 p.m. It was hard to believe what had just happened. ▮▮▮▮▮▮▮▮ is a small district with about 800 students at that time. Parents are either middle income or work for minimum wage. Most homes, including mine, had no high-speed internet. Students without high speed at home often had to drive to the school nights or weekends and sit in the parking lot to get their schoolwork done. I just could not wrap my head around how and why the money had been stolen. How was I going to tell the taxpayers that we had lost eight (8) million dollars? How was I going to call each of my seven board members and explain it to them? How was it fair for hard working people, including people making minimum wage, to shoulder this loss? How many sports, clubs and extra-curricular events would have to be taken from the students? Needless to say, it was several terrible months for the students, taxpayers, employees and myself.

It was an unthinkable attack on the school's mission as that experience nearly devastated the learning and enrichment environment for the children. The school is and has always been the hub of the rural community. Providing students the support, dedication, quality instruction and experiences they need as they strive to fulfill their dreams and aspirations for the future in a safe environment. The theft was a direct attack on that environment. The emotional impact was great for the school community. There is not a day that goes by that I do not think about it each and every time I conduct any type of business over the computer, and I try not to, to the greatest extent possible. The financial impact still lurks over the community and the theft has left the children without all its resources to this day.

I am so grateful to the FBI, NYS Police and any other agencies that helped solve this devastating crime. I think it must have been so easy and perhaps fun for them to send the money all over the world to their accounts from ours. It was not so easy being left with the devastation. I certainly hope these people get a very long sentence to keep them off the computers and doing more damage to the students and taxpayers of the world. I appreciate your time to read my letter.

Sincerely,

C▮▮ C▮▮▮▮▮