UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff,

v.                                                Case No. 2:19–cr–20478–DPH–DRG
                                                Hon. Denise Page Hood

Aleksandr Grichishkin, et al.,

                      Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Aleksandr Grichishkin

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 709, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: December 1, 2021 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Saulsberry
                                                          Case Manager

Dated: November 10, 2021